UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA DURAN,<br><br>                    Petitioner,<br><br>         v.<br><br>WARDEN,<br><br>                    Respondent. | Case No. 2:23-cv-06370-CJC (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss is granted and Judgment be entered dismissing this action without prejudice.

Dated: January 25, 2024

_____
HONORABLE CORMAC J. CARNEY
United States District Judge