JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GABRIELA DURAN,

                            Petitioner,

            v.

WARDEN,

                            Respondent.

Case No. 2:23-cv-06370-CJC (MAR)

JUDGMENT

        Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

        **IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED** without prejudice.

Dated: January 25, 2024

_____
HONORABLE CORMAC J. CARNEY
United States District Judge